**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br>       Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br>       Defendants. | Case No. 26-cv-04482 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge M. David Weisman** |

## <u>TEMPORARY RESTRAINING ORDER</u>

THIS CAUSE being before the Court, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff' or "Baimei")'s *Ex Parte* Motion for a Temporary Restraining Order, Including a Temporary Injunction and a Temporary Asset Restraint [Doc. 14], Motion for Electronic Service [Doc. 13], Motion for Leave to Conduct Expedited Third-Party Discovery [Doc. 15], and Motions to Seal [Docs. 4, 16] (the "Motions") and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. [Doc. 8 at ¶¶2-4; Doc. 10 at ¶17-20]. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which they display, advertise, market, and offer products for sale using Plaintiff's copyrighted images in the United States with assigned U.S. Copyright Registration VA 2-270-357, VA 2-270-532, VA 2-270-548, VA 2-270-545, VA 2-270-544, VA 2-270-547, VA 2-270-546, VA 2-265-759

(hereinafter, "the Hollow Halloween Works"). [Doc. 8 at ¶40]. Furthermore, Plaintiff has not authorized or permitted Defendants to display its registered copyrights. [Doc. 10 at ¶19]

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Jun Wu [Doc. 10] and the accompanying evidence [Docs. 12-1, 12-2, 12-3, 12-4, 12-5, 12-6] showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, there is good cause to believe that in the absence of an *ex parte* Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions to offshore accounts. As this Court and other courts have recognized, proceedings against those who deliberately engage in copyright infringement are often useless if notice is given to the adverse party.

Accordingly, this Court orders that:

1.      The third party platforms, including but not limited to Alibaba, Amazon, Amazon Pay, Walmart, Payoneer, Paypal, Stripe, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian") and PingPong, are hereby required to comply by assisting to identify all accounts involved in the Defendants' alleged infringement scheme and provide Plaintiff with information necessary to permit it to comply with this Court's order authorizing alternate service of process. The discovery shall be limited to:

   a.       all information, financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the Seller IDs identified on the Amended Schedule "A" to the Complaint in this action;

b.     all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this action;

c.     an accounting of all funds restrained and identify the financial account(s) and sub-account(s) which the relevant accounts are related to;

d.     the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) subject to this action;

e.     the true identities including names, addresses, email addresses, and IP addresses, of each person who registered, are listed in, logged into, used, or who otherwise handled or is associated with the financial/payment processing accounts of all Defendants;

f.     the full list of stores and associated financial/payment processing accounts opened, operated by, or at any time used by the Defendants.

The discovery request here seeks only to obtain information to identify the Defendants and the accounts used in the infringement in order to properly serve Defendants with notice of this action.

2.     Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them are temporarily enjoined and restrained from:

a.     reproducing, distributing copies of, making derivative works of, or publicly displaying the Hollow Halloween Works in any manner without the express authorization of Plaintiff;

b.     using the Hollow Halloween Works in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

c.     committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.     further infringing on Plaintiff's Hollow Halloween Works and/or damaging Plaintiff's goodwill;

e.     otherwise competing unfairly with Plaintiff in any manner; and/or

f.     using the Hollow Halloween Works or substantially similar reproductions; or

g.     transferring any assets or other financial accounts subject to this Order, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any of the Defendants, including, but not limited to, any assets held by or on behalf of any of the Defendants.

3.     Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

4.     Each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order shall immediately discontinue the use of the Hollow Halloween Works, or substantially similar images, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller ID's.

5.     Each of the Defendants shall not transfer ownership of the Seller IDs during the pendency of this action, or until further Order of the Court.

6.      Upon receipt of notice of this Order by electronic delivery, the Defendants and any third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms that are providing services for any of the Defendants, including but not limited to Alibaba, Amazon, Amazon Pay, Walmart, Payoneer, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, Stripe and PingPong, and their related companies and affiliates (collectively, the "Third Party Providers"), shall within two (2) business days after receipt of notice of this Order, locate and restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective financial accounts, restrain any other financial accounts tied thereto for the trust of the Court. Such restraining of the funds and the disclosure of the related financial institution account information (as provided below) shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any Third Party Provider for any purpose without the express authorization of this Court.

7.      In addition to other methods authorized by law, Plaintiff may provide notice of these proceedings to third parties by delivery of this Order and other relevant documents to the Online Marketplace platforms and/or Third Party Service Providers by email service.

8.      Pursuant to Federal Rule of Civil Procedure 4(f)(3), the Plaintiff may serve Defendants via email and electronic publication, which are methods of service reasonably calculated to provide notice under the circumstances of this case. Plaintiff may provide notice of these proceedings to third parties by delivery of this Order and other relevant documents to the Online Marketplace platforms and/or Third Party Service Providers by email and website posting.

9. Plaintiff may demand discovery directly on Defendants prior to a Rule 26 conference and within ten days, receive Defendants' responses under oath.

10. This Order, including but not limited to discovery, shall apply to the Seller IDs, associated ecommerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by Defendants for the purpose of infringing the Hollow Halloween Works at issue in this action and/or unfairly competing with Plaintiff.

11. Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000.00) as security in either surety bond, cash or check from a law firm trust account, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

13. The Clerk of the Court is directed to issue a single original summons in the name of "Hui Zhou Win Man Technical Co., Limited and all other Defendants identified in the Amended Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

14. The Clerk shall maintain Docs. 4, 11, 12, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6 and this Order under seal until further order of the Court.

This Temporary Restraining Order without notice is entered at 9:45 a.m. on this 11th day of May, 2026 and shall remain in effect for fourteen (14) days.

Elaine E. Bucklo
United States District Judge

**AMENDED SCHEDULE A**

| Defendant No. | Platform | Store Name | Store Url |
|---|---|---|---|
| 1 | Alibaba | Hui Zhou Win Man Technical Co., Limited | https://winfill.en.alibaba.com/index.html?spm=a2700.details.0.0.34127e65v6EDiW&from=detail&productId=1600754493979 |
| 2 | Amazon | JBH Co., Ltd.KK | https://www.amazon.com/sp?ie=UTF8&seller=A1UODOQYO7ZDR2&asin=B0C492DCZB&ref_=dp_merchant_link |
| 3 | Amazon | LA Mode Femme | https://www.amazon.com/sp?ie=UTF8&seller=A1YM01C2TYL4Z2&asin=B0CDLWQFVS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | Amazon | LEIYUANJINGJIMAOYI | https://www.amazon.com/sp?ie=UTF8&seller=A2XBHWWJAJGBXZ&asin=B0BZ7PYMBT&ref_=dp_merchant_link |
| 5 | Amazon | Linxueyi | https://www.amazon.com/sp?ie=UTF8&seller=A2NKH967JE0R1C |
| 6 | Amazon | LJINiu | https://www.amazon.com/sp?ie=UTF8&seller=A320XT5T9GHRH6&asin=B0CDWV1J6R&ref_=dp_merchant_link |
| 7 | Amazon | LZPGITGD | https://www.amazon.com/sp?ie=UTF8&seller=A29GKFJCS0EAQC&asin=B0CDWSQ6SQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 8 | Amazon | menglu-shop | https://www.amazon.com/sp?ie=UTF8&seller=A2XZM2O41FBIXO&asin=B0CD55DPNS&ref_=dp_merchant_link |
| 9 | Amazon | MIGUO STORE | https://www.amazon.com/sp?ie=UTF8&seller=A301UBSCT7PU97&isAmazonFulfilled=1 |
| 10 | Amazon | Mintolex Jewelry Shop | https://www.amazon.com/sp?ie=UTF8&seller=A3OVP09RMA49TK&asin=B0CBJV9179&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 11 | Amazon | MOEPAPA Jewelry | https://www.amazon.com/sp?ie=UTF8&seller=A1QXIRR7A0KETO&asin=B0BFLPQBMH&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| 12 | Amazon | Mulukaya | https://www.amazon.com/sp?ie=UTF8&seller=A3O4FQFZJHWTQY&asin=B0C18MT9YS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
|---|---|---|---|
| 13 | Amazon | NABIAN | https://www.amazon.com/sp?ie=UTF8&seller=A32SD8LQPMLCX9&asin=B0CF2R8N8X&ref_=dp_merchant_link |
| 14 | Amazon | NSQFKALL(ship US 7-15 days) | https://www.amazon.com/sp?ie=UTF8&seller=A396OZ952K1MJ2&asin=B0BYZLWPWN&ref_=dp_merchant_link |
| 15 | Amazon | Oinzowol | https://www.amazon.com/sp?ie=UTF8&seller=A3OF2ME0RVMX37&asin=B0CBXN7R5X&ref_=dp_merchant_link |
| 16 | Amazon | pengchaoxun | https://www.amazon.com/sp?ie=UTF8&seller=A7AVV76YERMSJ&asin=B0BY17RXJN&ref_=dp_merchant_link |
| 17 | Amazon | Poxtex | https://www.amazon.com/sp?ie=UTF8&seller=A3ON5FG0X79HDS&asin=B0CGLHHVNC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | Amazon | Q-XIAOKEAI | https://www.amazon.com/sp?ie=UTF8&seller=A1W8YQ8KCYLUWW&asin=B09F6B18FS&ref_=dp_merchant_link |
| 19 | Amazon | QzxEqz | https://www.amazon.com/sp?ie=UTF8&seller=A1RW7WJG7KDBRC&asin=B0CCYZ85CJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 20 | Amazon | Redriver | https://www.amazon.com/sp?ie=UTF8&seller=A3Q8SSSAXDGPIH&asin=B09GKHV8W6&ref_=dp_merchant_link |
| 21 | Amazon | Rhfemd | https://www.amazon.com/sp?ie=UTF8&seller=A1MNI93HCBWIFA&asin=B0CDM7CYR5&ref_=dp_merchant_link |
| 22 | Amazon | Roe Dolph Jewelry | https://www.amazon.com/sp?ie=UTF8&seller=A2V8357M6Y1YAA&asin=B0B7KSZ8VQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 23 | Amazon | Skyfun Fashion Store | https://www.amazon.com/sp?ie=UTF8&seller=A32G3Y1KZR6QSZ&asin=B0CB5SWPL4&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| 24 | Amazon | Spiritrain | https://www.amazon.com/sp?ie=UTF8&seller=A36GCCRLA3QOJK&asin=B0CBYQDBXM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
|---|---|---|---|
| 25 | Amazon | SUNGTUK | https://www.amazon.com/sp?ie=UTF8&seller=A57OJ1FX7UPT0&asin=B0C2TFY17J&ref_=dp_merchant_link |
| 26 | Amazon | SUNNYCLUE US | https://www.amazon.com/sp?ie=UTF8&seller=A1L5M19CNNBKM5&asin=B0CCP9K4QR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | Amazon | Vezoy | https://www.amazon.com/sp?ie=UTF8&seller=A1G2OMWN4FTMIL&asin=B0CGVMBH52&ref_=dp_merchant_link |
| 28 | Amazon | Xidmold | https://www.amazon.com/sp?ie=UTF8&seller=A2PIJH4YYKI1WB&asin=B0CBP5F14T&ref_=dp_merchant_link |
| 29 | Amazon | XiYaN | https://www.amazon.com/sp?ie=UTF8&seller=A2I80EJWUDSYB5&asin=B0CD6L2V5G&ref_=dp_merchant_link |
| 30 | Amazon | XUNMEI-US | https://www.amazon.com/sp?ie=UTF8&seller=A1DLNBZH0A3SG7&asin=B0BGGJXLKQ&ref_=dp_merchant_link |
| 31 | Amazon | Yakunmao | https://www.amazon.com/sp?ie=UTF8&seller=A3G0VNP0MLUIS1&asin=B0C5CSGC2R&ref_=dp_merchant_link |
| 32 | Amazon | YNAN (Fast Delivery 7-25 Days) | https://www.amazon.com/sp?ie=UTF8&seller=A26524ZOZMEO0E&asin=B0BFVKGF6R&ref_=dp_merchant_link |
| 33 | Amazon | YoYio | https://www.amazon.com/sp?ie=UTF8&seller=A3MISXHR940J03&asin=B0BWK5D9VW&ref_=dp_merchant_link |
| 34 | Amazon | zhangweiamz | https://www.amazon.com/sp?ie=UTF8&seller=A2V1ZRHEVAXA3L&asin=B0BTPD657S&ref_=dp_merchant_link |
| 35 | Amazon | zouchengshimingshiwujinshangdian | https://www.amazon.com/sp?ie=UTF8&seller=AIEZBDQVY75F3&asin=B0BY1RT1FC&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 36 | Walmart | AHANDMAKER | https://www.walmart.com/seller/101682808?itemId=11152256925&pageName=item&returnUrl=%2Fip%2F8-Pairs-8-Styles-Halloween-Spider-Web-Witch-Cat-Skull-Acrylic-Dangle-Earrings-for-Women-Electrophoresis-Black-62-70mm-Pin-0-8mm-1-Pair-style%2F11152256925%3FclassType%3DREGULAR%26from%3D%2Fsearch |
| 37 | Walmart | AOZR STORE | https://www.walmart.com/seller/101085219?itemId=1030755572&pageName=item |
| 38 | Walmart | Aufmer Direct | https://www.walmart.com/seller/101410297?itemId=5007322050&pageName=item&returnUrl=%2Fip%2FAufmer-Jewelry-Clearance-Earrings-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Holiday-Earrings%2F5007322050 |
| 39 | Walmart | AURIGATE | https://www.walmart.com/seller/101296743?itemId=1581333769&pageName=item |
| 40 | Walmart | B joy Co.Ltd | https://www.walmart.com/seller/101182909?itemId=2359964940&pageName=item |
| 41 | Walmart | babysbule | https://www.walmart.com/seller/101179752?itemId=2198413847&pageName=item |
| 42 | Walmart | Bravomingo | https://www.walmart.com/seller/101297219?itemId=1121658164&pageName=item |
| 43 | Walmart | CAIMCHI | https://www.walmart.com/seller/101134120?itemId=1576756487&pageName=item |
| 44 | Walmart | Chao's Choice Co.ltd | https://www.walmart.com/seller/101258192?itemId=3389165683&pageName=item&returnUrl=%2Fip%2F3-Pairs-Halloween-Adults-Fashion-Jewelry-Round-Black-Cat-Spide-Pumpkin-Drop-Earrings-Dangle-Web-Earring-Hallowmas-Costume-Cosplay%2F3389165683%3Ffrom%3D%2Fsearch |
| 45 | Walmart | chengdunahuadakeji youxiangongsi | https://www.walmart.com/seller/101188259?itemId=1268477262&pageName=item |
| 46 | Walmart | chengdutianqifukeji youxiangongsi | https://www.walmart.com/seller/101190270?itemId=1394093273&pageName=item |
| 47 | Walmart | chenzhousuxianquz hiliuchuanmeiyouxi angongsi | https://www.walmart.com/seller/101197036?itemId=1448375556&pageName=item |

| 48 | Walmart | CHMORA | https://www.walmart.com/seller/101221693?itemId=2161301726&pageName=item&returnUrl=%2Fip%2FCHMORA-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F2161301726 |
|---|---|---|---|
| 49 | Walmart | CHOMOEN Co., Ltd | https://www.walmart.com/seller/101261828?itemId=2668742727&pageName=item |
| 50 | Walmart | CYMMPU \| shen zhen shi fu de kun dian zi shang wu you xian gong si | https://www.walmart.com/seller/101176399?itemId=1949723880&pageName=item |
| 51 | Walmart | CZ TRADE Co.Ltd | https://www.walmart.com/seller/101268835?itemId=1869048530&pageName=item&returnUrl=%2Fip%2FWGOUP-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings-Free-Size-Buy-2-Get-1-Free%2F1869048530 |
| 52 | Walmart | D UPRIGHT LLC | https://www.walmart.com/seller/101089507?itemId=2788887975&pageName=item |
| 53 | Walmart | DancingRoom | https://www.walmart.com/seller/101133944?itemId=2191519131&pageName=item |
| 54 | Walmart | Dascocom | https://www.walmart.com/seller/101571097?itemId=5428118734&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5428118734%3Ffrom%3D%2Fsearch |
| 55 | Walmart | dingzhouxihanshipinyouxiangongsi | https://www.walmart.com/seller/101196970?itemId=1525707737&pageName=item |
| 56 | Walmart | DOHEMER Co., Ltd. | https://www.walmart.com/seller/101297255?itemId=2916968360&pageName=item |
| 57 | Walmart | DYTTDO | https://www.walmart.com/seller/101228879?itemId=1962884375&pageName=item |
| 58 | Walmart | EAST VIRTUE | https://www.walmart.com/seller/101118233?itemId=299851699&pageName=item |
| 59 | Walmart | Eease | https://www.walmart.com/seller/101174982?itemId=2253939238&pageName=item |
| 60 | Walmart | EMERALD ADVENTURES INC | https://www.walmart.com/seller/101033922?itemId=1600872923&pageName=item |

| | | | |
|---|---|---|---|
| 61 | Walmart | Encounter Fashion | https://www.walmart.com/seller/101228924?itemId=2458411998&pageName=item |
| 62 | Walmart | Fancy World | https://www.walmart.com/seller/101175969?itemId=1250099576&pageName=item |
| 63 | Walmart | FESHMOI Co., Ltd | https://www.walmart.com/seller/101232887?itemId=1120709302&pageName=item |
| 64 | Walmart | Floleo | https://www.walmart.com/seller/101191074?itemId=1711346176&pageName=item |
| 65 | Walmart | FONWOON | https://www.walmart.com/seller/101136866?itemId=1081383287&pageName=item |
| 66 | Walmart | Foraging dimple | https://www.walmart.com/seller/101243510?itemId=2887824299&pageName=item&returnUrl=%2Fip%2FFashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F2887824299 |
| 67 | Walmart | FORHDW Co.Ltd | https://www.walmart.com/seller/101296318?itemId=1955054183&pageName=item |
| 68 | Walmart | Fragarn | https://www.walmart.com/seller/101220782?itemId=2165325720&pageName=item&returnUrl=%2Fip%2FFragarn-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F2165325720 |
| 69 | Walmart | FYSRMAY Co., Ltd | https://www.walmart.com/seller/101275393?itemId=1483862098&pageName=item |
| 70 | Walmart | GANSWAN | https://www.walmart.com/seller/101182044?itemId=5219461880&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5219461880%3Ffrom%3D%2Fsearch |
| 71 | Walmart | Geeshop | https://www.walmart.com/seller/101214036?itemId=1190408715&pageName=item |
| 72 | Walmart | Global Mattress | https://www.walmart.com/seller/101094777?itemId=5338752604&pageName=item&returnUrl=%2Fip%2FSpooktacular-Halloween-Black-Leather-Earrings-Set-15-Pairs-Women-Bat-Candy-Spider-Pumpkin-Witch-Ghost-Designs-Perfect-Jewelry-Hauntingly-Stylish-Hall%2F5338752604%3Ffrom%3D%2Fsearch |

| 73 | Walmart | GreatNewMall | https://www.walmart.com/seller/101115464?itemId=252474061&pageName=item |
|---|---|---|---|
| 74 | Walmart | Groceryarc | https://www.walmart.com/seller/101294923?itemId=2592451325&pageName=item |
| 75 | Walmart | guang zhou cheng long wang luo ke ji you xian gong si | https://www.walmart.com/seller/101268943?itemId=2436595995&pageName=item |
| 76 | Walmart | guang zhou gu lan bai huo you xian gong si | https://www.walmart.com/seller/101206588?itemId=1668116278&pageName=item |
| 77 | Walmart | GUANG ZHOU HE YANG SHI PIN YOU XIAN GONG SI | https://www.walmart.com/seller/101205803?itemId=1582110927&pageName=item |
| 78 | Walmart | guang zhou ling yuan shang mao you xian gong si | https://www.walmart.com/seller/101207429?itemId=1561799111&pageName=item |
| 79 | Walmart | guang zhou mei ma dian zi you xian gong si | https://www.walmart.com/seller/101223119?itemId=1856884924&pageName=item |
| 80 | Walmart | guang zhou shi rong mei jia ju you xian gong si | https://www.walmart.com/seller/101190323?itemId=1448943674&pageName=item |
| 81 | Walmart | guang zhou shi tai sheng mao yi you xian gong si | https://www.walmart.com/seller/101207330?itemId=1569894753&pageName=item |
| 82 | Walmart | guang zhou yue qi da jing mao you xian gong si | https://www.walmart.com/seller/101211402?itemId=1207537083&pageName=item |
| 83 | Walmart | Guangzhou Keai Trading Co. Ltd | https://www.walmart.com/seller/101293017?itemId=2945459149&pageName=item |
| 84 | Walmart | Guangzhou Tenghua Trade Co. Ltd | https://www.walmart.com/seller/101297458?itemId=2438529222&pageName=item |
| 85 | Walmart | guangzhoudingruishangmaoyouxiangongsi | https://www.walmart.com/seller/101189644?itemId=1481591810&pageName=item |

| 86 | Walmart | guangzhoufunengmaoyiyouxiangongsi | https://www.walmart.com/seller/101223710?itemId=1341456041&pageName=item |
|----|---------|-----------------------------------|--------------------------------------------------------------------------|
| 87 | Walmart | guangzhoulanminguojimaoyiyouxiangongsi | https://www.walmart.com/seller/101183690?itemId=1902734912&pageName=item |
| 88 | Walmart | guangzhoushaoxuedianzishangwuyouxiangongsi | https://www.walmart.com/seller/101198754?itemId=1991369837&pageName=item |
| 89 | Walmart | guangzhoushengluwangluokejiyouxiangongsi | https://www.walmart.com/seller/101241489?itemId=1131314468&pageName=item |
| 90 | Walmart | Guangzhoushichaoshangshipinyouxiangongsi | https://www.walmart.com/seller/101178695?itemId=1514088580&pageName=item |
| 91 | Walmart | guangzhoushiguojudianzishangwuyouxiangongsi | https://www.walmart.com/seller/101179367?itemId=1612398674&pageName=item |
| 92 | Walmart | guangzhoushijuxindianzishangwuyouxiangongsi | https://www.walmart.com/seller/101173356?itemId=1643913759&pageName=item |
| 93 | Walmart | Guangzhoushilekewanjuyouxiangongsi | https://www.walmart.com/seller/101187028?itemId=1692059669&pageName=item |
| 94 | Walmart | Haipeixinli Technology Inc | https://www.walmart.com/seller/101072702?itemId=5271911659&pageName=item&returnUrl=%2Fip%2FVERUGU-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings%2F5271911659 |
| 95 | Walmart | HBSELT Co.Ltd | https://www.walmart.com/seller/101295775?itemId=2043801274&pageName=item |
| 96 | Walmart | Hefei Heshun Trading Company | https://www.walmart.com/seller/101127253?itemId=1651959001&pageName=item |
| 97 | Walmart | hefeishiyuanzengwangluokejiyouxiangongsi | https://www.walmart.com/seller/101202562?itemId=1986316609&pageName=item |
| 98 | Walmart | Hengyue Trading Co., Ltd. | https://www.walmart.com/seller/101177848?itemId=1150296748&pageName=item |

| 99 | Walmart | HOKARUA | https://www.walmart.com/seller/101532837?itemId=5198099028&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5198099028%3Ffrom%3D%2Fsearch |
| 100 | Walmart | HOMSOM Co.Ltd | https://www.walmart.com/seller/101203679?itemId=1813957553&pageName=item |
| 101 | Walmart | HPDDIN | https://www.walmart.com/seller/101279470?itemId=1733629243&pageName=item |
| 102 | Walmart | hubeibinyaoshangmaoyouxiangongsi | https://www.walmart.com/seller/101133941?itemId=311622235&pageName=item |
| 103 | Walmart | Ibepa | https://www.walmart.com/seller/101194433?itemId=1400819226&pageName=item |
| 104 | Walmart | icolorfuled | https://www.walmart.com/seller/101225179?itemId=2999948418&pageName=item |
| 105 | Walmart | Indoorella | https://www.walmart.com/seller/101289161?itemId=2929875624&pageName=item&returnUrl=%2Fip%2FToyella-Scary-Spider-Pumpkin-Witch-Black-Cat-Round-Acrylic-Halloween-Earrings-Hand%2F2929875624%3Ffrom%3D%2Fsearch |
| 106 | Walmart | JAJITEC | https://www.walmart.com/seller/101186211?itemId=2149989817&pageName=item |
| 107 | Walmart | Jane Rabbit Co. ltd | https://www.walmart.com/seller/101291000?itemId=2854527927&pageName=item&returnUrl=%2Fip%2FBig-Hoop-Earrings-for-Women-90s-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-For-The-Day-Pin-Earrings%2F2854527927 |
| 108 | Walmart | JAYBALLY INC | https://www.walmart.com/seller/101043911?itemId=1721275328&pageName=item |
| 109 | Walmart | JIASEN | https://www.walmart.com/seller/101239890?itemId=5221736928&pageName=item&returnUrl=%2Fip%2FJIASEN-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F5221736928 |
| 110 | Walmart | jishoudianzishangwultd | https://www.walmart.com/seller/101290968?itemId=2804235710&pageName=item |
| 111 | Walmart | joker.xue Co.Ltd | https://www.walmart.com/seller/101242630?itemId=3522199221&pageName=item&returnUrl=%2Fip% |

| | | | 2F1-pair-Halloween-Party-Women-Girls-Acrylic-Festival-Charm-Jewelry-Halloween-Drop-Earrings-Spider-Web-Big-Circle-Skull-Earrings-5%2F3522199221 |
|---|---|---|---|
| 112 | Walmart | junniao | https://www.walmart.com/seller/101293888?itemId=1643913759&pageName=item |
| 113 | Walmart | KBKYBUYZ | https://www.walmart.com/seller/101191134?itemId=1775363335&pageName=item |
| 114 | Walmart | Kingyoungall | https://www.walmart.com/seller/101137342?itemId=1243355755&pageName=item |
| 115 | Walmart | Kingzram | https://www.walmart.com/seller/101135790?itemId=1851170903&pageName=item |
| 116 | Walmart | Kitchen Plus Home | https://www.walmart.com/seller/101298554?itemId=1317425705&pageName=item |
| 117 | Walmart | Kupretry Inc. | https://www.walmart.com/seller/101230477?itemId=1015275002&pageName=item |
| 118 | Walmart | Laiyuanyacai Trade | https://www.walmart.com/seller/101574345?itemId=5273880541&pageName=item&returnUrl=%2Fip%2F12pcs-Halloween-Witch-Pumpkin-Black-Cat-Spider-Hook-Round-Drop-Dangle-Earrings%2F5273880541%3Ffrom%3D%2Fsearch |
| 119 | Walmart | LBECLEY Clothing | https://www.walmart.com/seller/101273366?itemId=1687000724&pageName=item |
| 120 | Walmart | LIFUS | https://www.walmart.com/seller/101099293?itemId=5007132109&pageName=item&returnUrl=%2Fip%2F3PCS-Halloween-Earrings-Spider-Web-Dark-Gothic-Acrylic-Dangle-Earrings%2F5007132109%3Ffrom%3D%2Fsearch |
| 121 | Walmart | LINJOU | https://www.walmart.com/seller/101099293?itemId=5007849573&pageName=item&returnUrl=%2Fip%2F3PCS-Halloween-Earrings-Pumpkin-Dark-Gothic-Acrylic-Dangle-Earrings%2F5007849573%3Ffrom%3D%2Fsearch |
| 122 | Walmart | LLWOLE | https://www.walmart.com/seller/101282710?itemId=2581358580&pageName=item |
| 123 | Walmart | LOVERLYZ | https://www.walmart.com/seller/101130680?itemId=1404961835&pageName=item |

| | | | |
|---|---|---|---|
| 124 | Walmart | Lzobxe | https://www.walmart.com/seller/101327898?itemId=2847940642&pageName=item&returnUrl=%2Fip%2FChristmas-Deals-SHOPESSA-Christmas-Gifts-Jewelry-Scary-Spider-Pumpkin-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings-on-Clearance%2F2847940642 |
| 125 | Walmart | Maplople | https://www.walmart.com/seller/101131852?itemId=1543383704&pageName=item |
| 126 | Walmart | MAZDREAM | https://www.walmart.com/seller/101195997?itemId=1665097934&pageName=item |
| 127 | Walmart | MIANHT | https://www.walmart.com/seller/101137975?itemId=1229253393&pageName=item |
| 128 | Walmart | Mishuowoti | https://www.walmart.com/seller/101250868?itemId=3366880186&pageName=item |
| 129 | Walmart | Miximx | https://www.walmart.com/seller/101137279?itemId=1660210191&pageName=item |
| 130 | Walmart | MLINS | https://www.walmart.com/seller/101135401?itemId=3727405977&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F3727405977%3Ffrom%3D%2Fsearch |
| 131 | Walmart | MOVTOTOP | https://www.walmart.com/seller/101093132?itemId=2286234944&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F2286234944%3Ffrom%3D%2Fsearch |
| 132 | Walmart | nanchangshiganhaojiawujinjiancaiyouxianzerengongsi | https://www.walmart.com/seller/101200516?itemId=1410680797&pageName=item |
| 133 | Walmart | New Continent | https://www.walmart.com/seller/101112853?itemId=490273732&pageName=item |
| 134 | Walmart | Newest Shop | https://www.walmart.com/seller/101092407?itemId=974086790&pageName=item |
| 135 | Walmart | ningchengshenzhendianzishangwuyouxiangongsi | https://www.walmart.com/seller/101200352?itemId=1304496657&pageName=item |

| | | | |
|---|---|---|---|
| 136 | Walmart | Ningdeshiailushangmaoyouxiangongsi | https://www.walmart.com/seller/101209438?itemId=935172557&pageName=item |
| 137 | Walmart | Niu New | https://www.walmart.com/seller/101188233?itemId=1379415509&pageName=item |
| 138 | Walmart | NouXYang Co. Ltd | https://www.walmart.com/seller/101263178?itemId=1147065880&pageName=item |
| 139 | Walmart | OAVQHLG3B | https://www.walmart.com/seller/101125945?itemId=1616027405&pageName=item |
| 140 | Walmart | OUTAD | https://www.walmart.com/seller/101092242?itemId=785483170&pageName=item |
| 141 | Walmart | Pack of Adventure | https://www.walmart.com/seller/101047887?itemId=523899060&pageName=item |
| 142 | Walmart | PAPADA | https://www.walmart.com/seller/101289616?itemId=1406567777&pageName=item |
| 143 | Walmart | Partygee | https://www.walmart.com/seller/101279222?itemId=1478465701&pageName=item |
| 144 | Walmart | Phone & Accessories Inc | https://www.walmart.com/seller/101055147?itemId=1933060986&pageName=item |
| 145 | Walmart | pingxiangshijiantushujukejiyouxiangongsi | https://www.walmart.com/seller/101198314?itemId=1586979954&pageName=item |
| 146 | Walmart | POPLIS Co.Ltd | https://www.walmart.com/seller/101232930?itemId=2657135753&pageName=item |
| 147 | Walmart | Preventy | https://www.walmart.com/seller/101260849?itemId=2854527927&pageName=item&returnUrl=%2Fip%2FBig-Hoop-Earrings-for-Women-90s-Scary-Pumpkin-Witch-Cat-Round-Acrylic-Earrings-Gift-For-The-Day-Pin-Earrings%2F2854527927 |
| 148 | Walmart | qinghexianxuanfanmaoyiyouxiangongsi | https://www.walmart.com/seller/101175963?itemId=1846325909&pageName=item |
| 149 | Walmart | qingzhoukaisaishangmaoyouxiangongsi | https://www.walmart.com/seller/101221991?itemId=1937910137&pageName=item |
| 150 | Walmart | qingzhouzangzhidianzishangwuyouxiangongsi | https://www.walmart.com/seller/101221926?itemId=2649454223&pageName=item |

| | | | |
|---|---|---|---|
| 151 | Walmart | qinhuangdaojuntuo wuliuyouxiangongsi | https://www.walmart.com/seller/101197049?itemId=1597218449&pageName=item |
| 152 | Walmart | QISIWOLE | https://www.walmart.com/seller/101179401?itemId=1771005293&pageName=item |
| 153 | Walmart | QueMer | https://www.walmart.com/seller/101297208?itemId=3167838597&pageName=item |
| 154 | Walmart | QUSENLON | https://www.walmart.com/seller/101296339?itemId=2686670570&pageName=item |
| 155 | Walmart | RAINRO Co., Ltd. | https://www.walmart.com/seller/101182112?itemId=738168343&pageName=item |
| 156 | Walmart | Recardis | https://www.walmart.com/ip/1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black/5198099028?from=/search |
| 157 | Walmart | Rejuvena | https://www.walmart.com/seller/101571534?itemId=5438024111&pageName=item&returnUrl=%2Fip%2FGirls-Earrings-Occident-Style-Accessories-Jewelry-Halloween-Acrylic-Miss-Women-s%2F5438024111%3Ffrom%3D%2Fsearch |
| 158 | Walmart | RisingSun | https://www.walmart.com/seller/101106486?itemId=896237564&pageName=item |
| 159 | Walmart | ROBOTS | https://www.walmart.com/seller/101279646?itemId=2657468872&pageName=item |
| 160 | Walmart | ROCKY CAMPER | https://www.walmart.com/seller/101040806?itemId=758090578&pageName=item |
| 161 | Walmart | ROZYARD Co., Ltd. | https://www.walmart.com/seller/101196991?itemId=5027062574&pageName=item&returnUrl=%2Fip%2FHalloween-Witch-Keychain-Mold-Epoxy-Crystal-Silicone-Mold-Customized-Mold%2F5027062574 |
| 162 | Walmart | Senikei | https://www.walmart.com/seller/101530523?itemId=5169550033&pageName=item&returnUrl=%2Fip%2F1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5169550033%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| 163 | Walmart | shanghaiweimichongwuyongpinyouxiangongsi | https://www.walmart.com/seller/101203283?itemId=1382033488&pageName=item |

| 164 | Walmart | shanxifabaozhouqishangmaoyouxiangongsi | https://www.walmart.com/seller/101249909?itemId=2847940642&pageName=item |
| 165 | Walmart | SHAWSEN Co. Ltd | https://www.walmart.com/seller/101297363?itemId=1471067806&pageName=item |
| 166 | Walmart | shen zhen shi shen cheng ye dian zi shang wu you xian gong si | https://www.walmart.com/seller/101192476?itemId=1311506709&pageName=item |
| 167 | Walmart | shen zhen shi xi wei qing gong yi pin you xian gong si | https://www.walmart.com/seller/101218945?itemId=1454162885&pageName=item |
| 168 | Walmart | shen zhen shi yi xing dian zi you xian ze ren gong si | https://www.walmart.com/seller/101185260?itemId=1615578645&pageName=item |
| 169 | Walmart | shen zhen shi zha jian hao ke ji you xian gong si | https://www.walmart.com/seller/101199783?itemId=2168264943&pageName=item |
| 170 | Walmart | shenzhen da guang yu tong mao yi you xian gong si | https://www.walmart.com/seller/101185215?itemId=1906591441&pageName=item |
| 171 | Walmart | Shenzhen Hengyue Trading Co., Ltd. | https://www.walmart.com/seller/101177848?itemId=1150296748&pageName=item |
| 172 | Walmart | Shenzhen Henuo Technology Co., Ltd. | https://www.walmart.com/seller/101180981?itemId=1985474425&pageName=item |
| 173 | Walmart | Shenzhen Jiataijie Toys Co., Ltd. | https://www.walmart.com/seller/101196356?itemId=1477914039&pageName=item |
| 174 | Walmart | Shenzhen Jintonghui Electronic Commerce Co., Ltd. | https://www.walmart.com/seller/101180301?itemId=1695453591&pageName=item |
| 175 | Walmart | Shenzhen Lando Industry and Trade Co., Ltd. | https://www.walmart.com/seller/101181012?itemId=1522846071&pageName=item |
| 176 | Walmart | Shenzhen Meiteda Electronics Co., | https://www.walmart.com/seller/101181305?itemId=1620590167&pageName=item |

| | | Ltd. | |
|---|---|---|---|
| 177 | Walmart | Shenzhen noxiang si technology co. LTD | https://www.walmart.com/seller/101197403?itemId=1921229768&pageName=item |
| 178 | Walmart | Shenzhen Ou Si Fan Sporting Goods Co., Ltd. | https://www.walmart.com/seller/101182815?itemId=1867981127&pageName=item |
| 179 | Walmart | SHENZHEN SHI DIDIXIAO DIANZISHANGWU YOUXIAN GONGSI | https://www.walmart.com/seller/101182877?itemId=1239989361&pageName=item |
| 180 | Walmart | Shenzhen Shoucai Clothing Co., Ltd. | https://www.walmart.com/seller/101183864?itemId=1233136906&pageName=item |
| 181 | Walmart | Shenzhen Xiezhong Electronics Co., Ltd. | https://www.walmart.com/seller/101183927?itemId=1955054183&pageName=item |
| 182 | Walmart | shenzhenchaomakejiyouxiangongsi | https://www.walmart.com/seller/101133930?itemId=1416502076&pageName=item |
| 183 | Walmart | shenzhenhaishuntongkejiyouxiangongsi | https://www.walmart.com/seller/101228936?itemId=1794894917&pageName=item |
| 184 | Walmart | shenzhenjuntaixing kejiyouxiangongsi | https://www.walmart.com/seller/101177931?itemId=1480811904&pageName=item |
| 185 | Walmart | Shenzhenshi bairanjiadianzishangwu youxiangongsi | https://www.walmart.com/seller/101134133?itemId=1046485746&pageName=item |
| 186 | Walmart | SHENZHENSHI NINGXINWANGLUO KEIYOUXANGONGSI | https://www.walmart.com/seller/101180323?itemId=1477056719&pageName=item |
| 187 | Walmart | ShenZhenShi QiNuoWei Technology Co Ltd | https://www.walmart.com/seller/101205047?itemId=1263415315&pageName=item |
| 188 | Walmart | Shenzhenshi quanyutongwuliu | https://www.walmart.com/seller/101229027?itemId=1230057906&pageName=item |

| | | youxiangongsi | |
|---|---|---|---|
| 189 | Walmart | shenzhenshi yuan huoxing wangluokeji youxiangongsi | https://www.walmart.com/seller/101182058?itemId=1483918202&pageName=item |
| 190 | Walmart | SHENZHENSHI ZHUOHONGDIAN ZI YOUXIANZEREN GONGSI | https://www.walmart.com/seller/101185600?itemId=490273732&pageName=item |
| 191 | Walmart | shenzhenshibaiduke jiyouxiangongsi | https://www.walmart.com/seller/101188693?itemId=1317425705&pageName=item |
| 192 | Walmart | shenzhenshibinwuxi nshipinyouxiangong si | https://www.walmart.com/seller/101185249?itemId=1334560811&pageName=item |
| 193 | Walmart | shenzhenshichuzhil ongtiyuyongpinyou xiangongsi | https://www.walmart.com/seller/101175749?itemId=1089749474&pageName=item |
| 194 | Walmart | shenzhenshidaruihej iajuyongpinyouxian gongsi | https://www.walmart.com/seller/101176659?itemId=1147065880&pageName=item |
| 195 | Walmart | shenzhenshiduoyua ndianzishangwuyou xiangongsi | https://www.walmart.com/seller/101190897?itemId=1337198612&pageName=item |
| 196 | Walmart | shenzhenshifuhuanc aiyueqiyouxiangong si | https://www.walmart.com/seller/101176688?itemId=1861508805&pageName=item |
| 197 | Walmart | shenzhenshiguangb eikejiyouxiangongsi | https://www.walmart.com/seller/101176873?itemId=1686918626&pageName=item |
| 198 | Walmart | shenzhenshihaneng wenjuyouxiangongs i | https://www.walmart.com/seller/101127586?itemId=1373311663&pageName=item |
| 199 | Walmart | shenzhenshihaohaic hengshumadianziyo uxiangongsi | https://www.walmart.com/seller/101228929?itemId=1839131343&pageName=item |

| 200 | Walmart | shenzhenshihaonengwujingongjuyouxiangongsi | https://www.walmart.com/seller/101190885?itemId=1059285181&pageName=item |
|---|---|---|---|
| 201 | Walmart | shenzhenshiheiheikejiyouxiangongsi | https://www.walmart.com/seller/101196672?itemId=2861076574&pageName=item |
| 202 | Walmart | shenzhenshihongyuanxingbaozhuangcailiaoyouxiangongsi | https://www.walmart.com/seller/101174597?itemId=1016674433&pageName=item |
| 203 | Walmart | shenzhenshihuiduoduowujinzhipinyouxiangongsi | https://www.walmart.com/seller/101179762?itemId=1075470180&pageName=item |
| 204 | Walmart | shenzhenshihuijingdianziyouxiangongsi | https://www.walmart.com/seller/101193102?itemId=1565995796&pageName=item |
| 205 | Walmart | shenzhenshihuyazhinengjiajuyouxiangongsi | https://www.walmart.com/seller/101193101?itemId=1013953990&pageName=item |
| 206 | Walmart | shenzhenshijiaiqijiajuyongpinyouxiangongsi | https://www.walmart.com/seller/101185001?itemId=1505898201&pageName=item |
| 207 | Walmart | SHENZHENSHIJIUSHENGWANJUYOUXIANGONGSI | https://www.walmart.com/seller/101193835?itemId=1871377923&pageName=item |
| 208 | Walmart | shenzhenshijuhechensuliaoyouxiangongsi | https://www.walmart.com/seller/101184346?itemId=2778365236&pageName=item |
| 209 | Walmart | shenzhenshikehuifengshizhuangyouxiangongsi | https://www.walmart.com/seller/101232179?itemId=1537942803&pageName=item |
| 210 | Walmart | shenzhenshilinuozhenshipinyouxiangongsi | https://www.walmart.com/seller/101198670?itemId=1262325439&pageName=item |
| 211 | Walmart | shenzhenshilongsenweikejiyouxiangongsi | https://www.walmart.com/seller/101177929?itemId=1039531613&pageName=item |
| 212 | Walmart | shenzhenshimaoxuanyueqiyouxiangong | https://www.walmart.com/seller/101188198?itemId=1303585211&pageName=item |

| | | | |
|---|---|---|---|
| | | si | |
| 213 | Walmart | ShenZhenShiMeiPengLiWangLuoKeJiYouXianGongSi | https://www.walmart.com/seller/101175174?itemId=1492336388&pageName=item |
| 214 | Walmart | ShenZhenSHImingdebokejiyouxianGONGsi | https://www.walmart.com/seller/101199121?itemId=1548119110&pageName=item |
| 215 | Walmart | shenzhenshimosukejiyouxiangongsi | https://www.walmart.com/seller/101232923?itemId=1232919052&pageName=item |
| 216 | Walmart | shenzhenshiruihuitengdianzishangwuyouxiangongsi | https://www.walmart.com/seller/101183475?itemId=1208150416&pageName=item |
| 217 | Walmart | shenzhenshirunzedadianziyouxiangongsi | https://www.walmart.com/seller/101203364?itemId=1932076224&pageName=item |
| 218 | Walmart | shenzhenshishuangtukejiyouxiangongsi | https://www.walmart.com/seller/101191888?itemId=1164833338&pageName=item |
| 219 | Walmart | shenzhenshisuqidianziyouxiangongsi | https://www.walmart.com/seller/101175668?itemId=1641265155&pageName=item |
| 220 | Walmart | shenzhenshitianshunchengdianziyouxiangongsi | https://www.walmart.com/seller/101229926?itemId=2420170307&pageName=item |
| 221 | Walmart | shenzhenshiwanjingdianzishangwuyouxiangongsi | https://www.walmart.com/seller/101183925?itemId=1376692119&pageName=item |
| 222 | Walmart | shenzhenshixiangmiliwanjuyouxiangongsi | https://www.walmart.com/seller/101130752?itemId=1718951379&pageName=item |
| 223 | Walmart | shenzhenshixinglifengjingmiwujinyouxiangongsi | https://www.walmart.com/seller/101186171?itemId=1075470180&pageName=item |
| 224 | Walmart | shenzhenshixinhanyuankejiyouxiangongsi | https://www.walmart.com/seller/101187936?itemId=1226994448&pageName=item |

| | | | |
|---|---|---|---|
| 225 | Walmart | shenzhenshixudiyazhinenghuanjingshebeiyouxiangongsi | https://www.walmart.com/seller/101241457?itemId=2663168955&pageName=item |
| 226 | Walmart | SHENzhenshiYaoPingJiaDianziyouxianGONGsi | https://www.walmart.com/seller/101182064?itemId=1739772071&pageName=item |
| 227 | Walmart | shenzhenshiyazhiyingyueqiyouxiangongsi | https://www.walmart.com/seller/101174522?itemId=1204819699&pageName=item |
| 228 | Walmart | shenzhenshiyijiejiawanjuyouxiangongsi | https://www.walmart.com/seller/101130748?itemId=1883231245&pageName=item |
| 229 | Walmart | shenzhenshiyongtazhongbiaoyouxiangongsi | https://www.walmart.com/seller/101250087?itemId=335512483&pageName=item |
| 230 | Walmart | shenzhenshiyouweituokejiyouxiangongsi | https://www.walmart.com/seller/101190592?itemId=647468573&pageName=item |
| 231 | Walmart | shenzhenshiyufengliangwanjuyouxiangongsi | https://www.walmart.com/seller/101188680?itemId=1722194914&pageName=item |
| 232 | Walmart | shenzhenshiyufengzhuwangluokejiyouxiangongsi | https://www.walmart.com/seller/101216402?itemId=1704937609&pageName=item |
| 233 | Walmart | shenzhenshizhangeleishipinyouxiangongsi | https://www.walmart.com/seller/101186699?itemId=1261285067&pageName=item |
| 234 | Walmart | shenzhenshizhenqizhinengjiajuyouxiangongsi | https://www.walmart.com/seller/101185276?itemId=1854447687&pageName=item |
| 235 | Walmart | shenzhentaierbaozhongbiaoyouxiangongsi | https://www.walmart.com/seller/101187471?itemId=1133037771&pageName=item |
| 236 | Walmart | Shineane | https://www.walmart.com/seller/101565367?itemId=5300486911&pageName=item&returnUrl=%2Fip%2F3-Pairs-Halloween-Earrings-Girls-Earrings-Jewlery-Ear-Jewelry-Acrylic-Dark-Earrings- |

| | | | |
|---|---|---|---|
| | | | Halloween-Jewelry-Decor-Women-s-Miss%2F5300486911%3Ffrom%3D%2Fsearch |
| 237 | Walmart | sienere uswc | https://www.walmart.com/seller/101094999?itemId=1649685597&pageName=item |
| 238 | Walmart | SIEYIO | https://www.walmart.com/seller/101297217?itemId=2524802646&pageName=item |
| 239 | Walmart | Snowilla | https://www.walmart.com/seller/101267433?itemId=1626443933&pageName=item |
| 240 | Walmart | Spring Clothing Store | https://www.walmart.com/seller/101127240?itemId=1434537682&pageName=item |
| 241 | Walmart | Springs Heart | https://www.walmart.com/seller/101116606?itemId=753626896&pageName=item |
| 242 | Walmart | SQUARE HEAD LLC | https://www.walmart.com/seller/101014289?itemId=1738665856&pageName=item |
| 243 | Walmart | Starlight Gatherer | https://www.walmart.com/seller/101116388?itemId=825526432&pageName=item |
| 244 | Walmart | Stavropo Vva International Trade Ltd | https://www.walmart.com/seller/101069635?itemId=1270340927&pageName=item |
| 245 | Walmart | Stock Market | https://www.walmart.com/seller/101291746?itemId=1581057254&pageName=item&returnUrl=%2Fip%2FClearance-OTEMRCLOC-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings-D%2F1581057254%3Ffrom%3D%2Fsearch |
| 246 | Walmart | Sulgyt | https://www.walmart.com/seller/101203433?itemId=2108208618&pageName=item |
| 247 | Walmart | SUWHWEA | https://www.walmart.com/seller/101272414?itemId=1197364039&pageName=item&returnUrl=%2Fip%2FBig-Holiday-Savings-Jewelry-Scary-Spider-Pumpkin-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings-Grear-Gift-for-Less-on-Clearance%2F1197364039%3Ffrom%3D%2Fsearch |
| 248 | Walmart | TAHETA STORE | https://www.walmart.com/seller/101186118?itemId=1724917938&pageName=item |
| 249 | Walmart | Taloye | https://www.walmart.com/seller/101533003?itemId=5216794578&pageName=item&returnUrl=%2Fip% |

| | | | |
|---|---|---|---|
| | | | 2FTaloye-Fashion-Women-s-Halloween-Party-Creative-Horror-Pendant-Earrings%2F5216794578 |
| 250 | Walmart | Tanom | https://www.walmart.com/seller/101566346?itemId=5372865390&pageName=item&returnUrl=%2Fip%2FJewelry-Decor-1Pair-Exaggerated-Halloween-Jewelry-Decor-Acrylic-Occident-Style-Dangler-Black%2F5372865390%3Ffrom%3D%2Fsearch |
| 251 | Walmart | TEELONG | https://www.walmart.com/seller/101194743?itemId=1964257777&pageName=item |
| 252 | Walmart | Tejiojio | https://www.walmart.com/seller/101217931?itemId=5282665868&pageName=item&returnUrl=%2Fip%2FTejiojio-Gifts-for-Women-Clearance-Scary-Spider-Witch-Black-Cats-Round-Acrylic-Halloween-Earrings%2F5282665868%3Ffrom%3D%2Fsearch |
| 253 | Walmart | Tiktok Popular Clothing | https://www.walmart.com/seller/101177964?itemId=1856192691&pageName=item |
| 254 | Walmart | Tingshir | https://www.walmart.com/seller/101588160?itemId=5448066480&pageName=item&returnUrl=%2Fip%2FHalloween-Earrings-Occident-Style-Accessories-Jewelry-Pumpkin-Round-Acrylic-Cricle-Women-s%2F5448066480%3Ffrom%3D%2Fsearch |
| 255 | Walmart | TWGONE | https://www.walmart.com/seller/101128112?itemId=1672210049&pageName=item |
| 256 | Walmart | Usupdd | https://www.walmart.com/seller/101137997?itemId=1121199763&pageName=item |
| 257 | Walmart | VerPetridure | https://www.walmart.com/seller/101177896?itemId=1298333342&pageName=item |
| 258 | Walmart | Weiyan KJ | https://www.walmart.com/seller/101108103?itemId=5103789824&pageName=item&returnUrl=%2Fip%2F1-Box-8-Pairs-Halloween-Earrings-Pack-Drop-Fashion-Dangle-Black-Earring-Sets-Holiday-Women-2023-New-Year-Gifts-Party-Decor-Supplies%2F5103789824%3Fathbdg%3DL1700%26from%3D%2Fsearch |
| 259 | Walmart | wenchangjingjundiannzishangwuyouxian | https://www.walmart.com/seller/101196364?itemId=1002076244&pageName=item |

| | | gongsi | |
|---|---|---|---|
| 260 | Walmart | Wmkox8yii | https://www.walmart.com/seller/101125387?itemId=1127889340&pageName=item |
| 261 | Walmart | Womens Summer Tops | https://www.walmart.com/seller/101186750?itemId=1870694433&pageName=item |
| 262 | Walmart | wuhanfanhuihanggongyipinyouxiangongsi | https://www.walmart.com/seller/101221746?itemId=1342246819&pageName=item |
| 263 | Walmart | XZNGL SHOP | https://www.walmart.com/seller/101135787?itemId=1882210961&pageName=item |
| 264 | Walmart | Yannianjz | https://www.walmart.com/seller/101138914?itemId=1569789711&pageName=item |
| 265 | Walmart | Yanxinjia | https://www.walmart.com/seller/101614027?itemId=5482714096&pageName=item&returnUrl=%2Fip%2FEarrings-Decor-Pendeltons-for-Women-Dangly-Halloween-Dangler-Occident-Style-Accessories-European-and-American%2F5482714096%3Ffrom%3D%2Fsearch |
| 266 | Walmart | YESTUNE | https://www.walmart.com/seller/101132841?itemId=537602989&pageName=item |
| 267 | Walmart | yixingyiwenhuafazhanshenzhenyouxiangongsi | https://www.walmart.com/seller/101189848?itemId=1955054183&pageName=item |
| 268 | Walmart | Yomiee HOME/BEAUTY/OUTDOORS Must-haves | https://www.walmart.com/seller/101188102?itemId=1145840831&pageName=item |
| 269 | Walmart | yuanpingxiaofengshangmaoyouxiangongsi | https://www.walmart.com/seller/101235543?itemId=2970341373&pageName=item |
| 270 | Walmart | Zebodet | https://www.walmart.com/seller/101198667?itemId=1081553108&pageName=item |
| 271 | Walmart | ZHAN JIANG SHI QIAN GONG SHANG MAO YOU XIAN GONG | https://www.walmart.com/seller/101227904?itemId=1934089061&pageName=item |

| | | SI | |
|---|---|---|---|
| 272 | Walmart | zhanjiangshihengchi maoyiyouxiangongsi | https://www.walmart.com/seller/101218687?itemId= 1839216124&pageName=item |
| 273 | Walmart | Zpanxa | https://www.walmart.com/seller/101268979?itemId= 5221888527&pageName=item&returnUrl=%2Fip% 2FZpanxa-Earrings-for-Women-Gifts-for-Women- Scary-Spider-Witch-Black-Cats-Round-Acrylic- Halloween-Earrings-D%2F5221888527 |